IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **NOEL FELIX ORTEGA,** | 2:07-cv-1532-LKK-KJM |
| Plaintiff, | **ORDER** |
| v. | |
| **VANDERVILLE, et al.,** | |
| Defendants. | |

On April 2, 2008, Defendants filed a motion for extension of time to file their responsive pleading to Plaintiff's complaint (docket no. 16). For good cause shown, Defendants shall have until May 8, 2008, to file their responsive pleading.

DATED: April 3, 2008.

_____
U.S. MAGISTRATE JUDGE

*Order*
1