IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**NOEL FELIX ORTEGA,**

    Plaintiff,

  **v.**

**D.E. VANDERVILLE, et al.,**

    Defendants.

2:07-cv-01532-LKK-KJM

**ORDER**

On May 8, 2008, Defendant Rana filed a motion for an enlargement of time to file a responsive pleading to Plaintiff's complaint. For good cause shown, the motion for an extension of time (docket no. 19) is granted and Defendant Rana shall have until May 8, 2008, to file his responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

*Order*

1