IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL FELIX ORTEGA,

      Plaintiff,                  No. CIV S-07-1532 LKK KJM P

   vs.

D.E. VANDERVILLE, et al.,

      Defendants.       <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 8, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 23) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' May 8, 2008 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
orte1532.36